MARGARET M. CONTANT, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. THE ZONING BOARD OF ADJUSTMENT OF
THE BOROUGH OF HAWORTH, DEFENDANT-PETI-
TIONER.

*Mr. Daniel Gilady* for the petitioners.

*Mr. Lawrence G. Goodman* for the respondent.

September 16, 1963.　Denied.

LOUIS SCHWARTZ, PETITIONER-RESPONDENT, v. PENN
MACHINE & TOOL CO., INC., DEFENDANT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Sam Freeman* and *Mr. Samuel E. Bass* for the re-
spondent.

September 16, 1963.　Denied.